SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RONALD J. HOLLAND, Cal. Bar No. 148687
rholland@sheppardmullin.com
BABAK G. YOUSEFZADEH Cal Bar No. 235974
byousefzadeh@sheppardmullin.com
JOHN D. ELLIS Cal. Bar No. 269221
jellis@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile:  415.434.3947

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
PAUL S. COWIE, Cal. Bar No. 250131
pcowie@sheppardmullin.com
379 Lytton Ave.
Palo Alto, California 94301
Telephone:  650.815.2600
Facsimile:   650.815.2601

Attorneys for Defendant SWIFT
TRANSPORTATION CO. OF ARIZONA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADASHIV MARES, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC and Does 1 through 25, inclusive,<br><br>    Defendants. | Case No. 4:15-cv-03253-JSW<br><br>[Alameda Superior Court Case No. RG15760406]<br><br>**[Proposed] ORDER TRANSFERRING ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO THE PARTIES' STIPULATION** |

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED THAT:**

This action, *Sadashiv Mares v. Swift Transportation Co. of Arizona, LLC et al.,* Case No. 4:15-cv-03253-JSW, is transferred for all purposes to the United States District Court for the Central District of California.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Clerk shall close this file.

Dated: October 7, 2015                    /s/ Jeffrey S. White
                                          Honorable Jeffrey S. White
                                          United States Judge

-1-

SMRH:473348852.1                          [Proposed] ORDER TRANSFERRING ACTION TO THE
                                          CENTRAL DISTRICT OF CALIFORNIA PER STIPULATION